IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PACIFIC COAST BUILDING PRODUCTS, INC.
and PABCO BUILDING PRODUCTS, LLC                                              PLAINTIFFS

v.                                      Case No. 4:18-cv-4165

CERTAINTEED GYPSUM MANUFACTURING, INC.                                         DEFENDANT

### ORDER

Before the Court is the parties' Joint Motion for Entry of Briefing Schedule for CertainTeed Gypsum Manufacturing, Inc.'s Motion to Stay Proceedings. (ECF No. 39).

This is a patent case. On February 15, 2019, Defendant filed a motion to stay this action pending the resolution of litigation involving the same patents in the Northern District of California. (ECF No. 38). On February 28, 2019, the parties filed the instant motion proposing a briefing schedule on the issue of whether this case should be stayed. The parties propose that Plaintiffs' response be filed on or before April 1, 2019, that Defendant's reply, if any, be filed on or before April 15, 2019, and that Plaintiffs' sur-reply, if any, be filed by April 29, 2019.

Upon consideration, the Court finds that the parties' motion (ECF No. 39) should be and hereby is **GRANTED**. Accordingly, Plaintiffs' response shall be filed **on or before April 1, 2019**. Defendant's reply, if any, shall be filed **on or before April 15, 2019**. Plaintiff's sur-reply, if any, shall be filed **on or before April 29, 2019**.

**IT IS SO ORDERED**, this 1st day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge