IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PACIFIC COAST BUILDING PRODUCTS, INC.
and PABCO BUILDING PRODUCTS, LLC                                    PLAINTIFFS

v.                                          Case No. 4:18-cv-4165

CERTAINTEED GYPSUM MANUFACTURING, INC.                              DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion for Entry of Briefing Schedule for Plaintiff's Motion to Dismiss Defendant's Inequitable Conduct Counterclaims and to Strike Related Defenses. (ECF No. 47).

Defendant filed an answer raising counterclaims in this action on February 15, 2019. On April 8, 2019, Plaintiffs filed a motion to dismiss Defendant's counterclaims. (ECF No. 44). On April 18, 2019, the parties filed the instant motion proposing a briefing schedule on the pending motion to dismiss. The parties propose that Defendant's response be filed on or before April 29, 2019, and that Plaintiff's reply, if any, be filed on or before May 13, 2019.

Upon consideration, the Court finds that the parties' motion (ECF No. 47) should be and hereby is **GRANTED**. Accordingly, Defendant's response shall be filed **on or before April 29, 2019**. Plaintiffs' reply, if any, shall be filed **on or before May 13, 2019**. Defendant may move for leave to file a sur-reply.

**IT IS SO ORDERED**, this 22nd day of April, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge