IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PACIFIC COAST BUILDING
PRODUCTS, INC. and
PABCO BUILDING PRODUCTS, LLC                                PLAINTIFFS


v.                              Case No. 4:18-cv-4165


CERTAINTEED GYPSUM
MANUFACTURING, INC.                                           DEFENDANT

# ORDER

Before the Court is the Motion to Withdraw Abigail A. Rives as Counsel for Defendant, filed by Defendant's counsel, Mr. Geoffrey P. Culbertson. (ECF No. 56). Mr. Culbertson requests that Ms. Rives be withdrawn as counsel for Defendant because she is no longer affiliated with Latham & Watkins LLP, which currently is representing Defendant in this matter.

Upon consideration, the Court finds that the motion (ECF No. 56) should be and hereby is **GRANTED**. Ms. Rives is hereby relieved as attorney of record for Defendant. The Clerk is **DIRECTED** to remove Ms. Rives from the CM/ECF notification system for this case. The Court notes that Defendant remains represented by the attorneys that have entered appearance on its behalf.

**IT IS SO ORDERED**, this 3rd day of June, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge